UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MICHAEL MONTGOMERY-HARBIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV423-229 |
| SHERIFF JOHN T. WILCHER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

*Pro se* plaintiff Michael Montgomery-Harbin filed this 42 U.S.C. § 1983 action alleging he was improperly detained at Chatham County Jail. *See* doc. 11 at 2-3. The Court screened his Complaint, pursuant to 28 U.S.C. § 1915A, and directed service upon Defendant Wilcher. *Id.* at 5. Wilcher has answered, doc. 19, and a schedule has been entered, doc. 20. However, Montgomery-Harbin has failed to keep the Court apprised of his current address. *See* docs. 21, 23, 24 & 25. The Court previously directed him to show cause why his case should not be dismissed for his failure to update his address and failure to prosecute this case. *See* doc. 22. He did not respond to that Order. *See generally* docket. His failure

1

to update his address, in violation of the Local Rules, *see* S.D. Ga. L. Civ. R. 11.1, failure to respond to the Court's Order, and failure to prosecute this case merit dismissal. His Complaint is, therefore, **DISMISSED**. Doc. 1.

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). Montgomery-Harbin's failure to comply with the Court's Order and the Local Rules, and his failure to prosecute this case warrant dismissal. Accordingly, his Complaint is

**DISMISSED** for failing to obey a court order and failing to prosecute his case.  Doc. 1.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 16th day of February, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA